# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:25-mj-00192 |
| v. ) | |
| ) | U.S. Magistrate Judge Steger |
| HUGO CISNEROS-ARCINIEGA ) | |

## MEMORANDUM AND ORDER

HUGO CISNEROS-ARCINIEGA ("Defendant") came before the Court for an initial appearance on July 25, 2025, in accordance with Rule 5 of the Federal Rules of Criminal Procedure on the Criminal Complaint ("Complaint") supported by an Affidavit [Doc. 1]. The hearing was conducted with the assistance of a Spanish Interpreter, Carola Lehmacher-Richez.

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wanted to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** Attorney Perry Piper to represent Defendant.

Defendant was furnished with a copy of the Complaint and the Affidavit, and had an opportunity to review those documents with his attorney. The Court determined that Defendant was able to read and understand the Complaint with the assistance of his counsel and the interpreter. In addition, AUSA Tammy Combs explained to Defendant the specific charges contained in the Complaint. Defendant acknowledged that he understood the charges in the Complaint.

The Government moved Defendant be detained pending disposition of the Complaint or further Order of this Court. The Court explained Defendant's right to a preliminary hearing and detention hearing and what those hearings entail. Defendant conferred with his counsel and waived a detention hearing but reserved his right to request a preliminary hearing if he is not indicted within 14 days following the initial appearance. The Court scheduled the preliminary hearing on August 7, 2025, subject to the caveat that the preliminary hearing will be canceled in the event Defendant is indicted on the charge in Complaint prior to that date.

It is, therefore, **ORDERED** that:

1. Defendant shall be **DETAINED WITHOUT BAIL** pending disposition of the Complaint or further order of this Court.

2. The Court shall conduct a preliminary hearing on **August 7, 2025, at 2:00 p.m.**, subject to the caveat that the preliminary hearing will be canceled in the event Defendant is indicted on the charges in the Complaint prior to that date.

3. In the event Defendant is indicted by the Grand Jury prior to **August 7, 2025**, the Court will conduct an **arraignment on such date at 2:00 p.m.**

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE