**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-87 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| HUGO CISNEROS-ARCINIEGA | ) | Magistrate Judge Steger |

# ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 85] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment; (2) accept Defendant's guilty plea to Count One of the one count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; (4) order that Defendant remain in custody pending sentencing or further order of this Court. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 85] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count One of the one count Indictment is **GRANTED**;
2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846;

4. Defendant shall remain in custody until further order of this Court or sentencing in this matter, which is scheduled to take place before the undersigned on **January 21, 2027, at 10:00 a.m.**

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**